

```
                                            FILED
                                            MARY L. SWAIN
                                            BUTLER COUNTY
                                            CLERK OF COURTS
                                            04/16/2024 01:36 PM
                                            CV 2024 04 0787
```

IN THE BUTLER COUNTY COMMON PLEAS COURT
CIVIL DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>    a/s/o PGT Trucking, Inc.<br>4200 Industrial Blvd<br>Aliquippa, PA 15001<br><br>Plaintiff,<br><br>vs.<br><br>FDM LOGISTICS, LLC<br>2301 Tudor Drive 4503<br>Forest Hill, TX 76119<br><br>Defendant. | CASE NO.:<br><br>(Judge: _____)<br><br><br><br><br>PRIOR CASE NO.: 2022-04-0637<br><br>PRIOR JUDGE: Greg S. Stephens |

## RE-FILED COMPLAINT

Now comes Plaintiff Lexington Insurance Company, by and through Counsel, and for its Re-Filed Complaint states the following:

### PARTIES

1. LEXINGTON INSURANCE COMPANY ("Lexington") is, and at all times relevant hereto was, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 99 High Street, 23rd Floor, Boston, Massachusetts 02110.

2. Lexington is engaged in the business of insurance.

3. At all times relevant hereto, Lexington was the insurer of – and brings this action as subrogee of – PGT Trucking, Inc. ("PGT Trucking"), a corporation organized and existing

under the laws of the State of Pennsylvania, with its principal place of business at 4200 Industrial Boulevard, Aliquippa, Pennsylvania 15001.

4. Defendant FDM LOGISITCS LLC (hereinafter, "FDM Logistics"), is, and at all times relevant hereto was, a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at 2301 Tudor Drive 4503, Forest Hill, Texas, 76119.

5. This action arises from an April 19, 2022, motor vehicle accident on Interstate 75 near Monroe/Liberty, Ohio, within Butler County. Defendant's careless, reckless, and negligent actions resulted in the loss of PGT Trucking's cargo, specifically, three (3) aluminum coils with coil numbers 311915-20000, 311911-10000, and 311922-20000 with a net weight of 70,660 pounds (the "Subject Cargo").

## VENUE

6. Pursuant to Ohio Civ.R. 3(C)(3) & (6) venue is proper in Butler County, Ohio.

## FACTS

7. For premium paid, Lexington issued a Motor Truck Cargo Liability Policy in favor of PGT Trucking, as named insured. The policy was known by policy number 029177257, with a policy period of November 1, 2021, to November 1, 2022 (the "Subject Insurance Policy"). Pursuant to Ohio Civ.R. 10(D), a copy of the Subject Insurance Policy is not attached due to length, but a copy will be provided to defendant(s) upon request.

8. The Subject Insurance Policy provided coverage for loss of or damage to the Subject Cargo.

9. On or about April 19, 2022, on Interstate 75, at or near Liberty/Monroe, Ohio, Mr. James Robert Barnett was hauling the Subject Cargo with his 2022 Kenworth tractor.

2

10. At all times relevant hereto, Mr. Barnett was driving carefully and lawfully, obeying all laws and rules of the road.

11. On or about April 19, 2022, on Interstate 75, at or near Liberty/Monroe, Ohio, Faustin Muhire, an agent or employee of FDM Logistics, was operating a tractor-trailer owned by Defendant (VIN: 1FUJGLD56LGV0091) ("Defendant's Vehicle").

12. At the aforementioned time and place, for no lawful reason and with no warning, Mr. Muhire did recklessly and negligently stop the Defendant's Vehicle in the middle of the interstate.

13. Tragically, Mr. Barnett (through no fault of his own) collided with the Defendant's stationary vehicle and lost his life.

14. Upon information and belief, Mr. Muhire was charged with – and pled guilty to – vehicular homicide (O.R.C. §2903.06); following an appeal, a trial of the matter will proceed in August 2024, in Butler County.

15. As a result of the Subject Incident, the Subject Cargo was completely crushed, damaged, and unusable.

16. PGT Trucking tendered to Lexington a claim for the total loss of the Subject Cargo (the "Subject Claim").

17. Lexington accepted the Subject Claim, and agreed to, and did, provide coverage for same, under the terms and conditions of the Subject Insurance Policy. The Subject Claim came to be known within Lexington by claim number 512-037270.

18. The Subject Claim, inclusive of the actual value of the Subject Cargo, the freight charge for the undelivered cargo, and the recovery costs, and with a deduction for the salvage recovered, amounted to $121,461.95.

19. As the Subject Policy provided for a $7,500 per occurrence deductible, Plaintiff paid to its insured the sum of $113,961.95, and does seek recovery herein of $121,461.95 (i.e., its paid loss amount, plus the insured's deductible share of the loss).

20. By virtue of its payment to its insured on the Subject Claim, Lexington is now subrogated, by law and by the terms of the Subject Insurance Policy, to PGT Trucking's interests, and to any claims, demands, rights of recovery, or causes of action it may possess against third parties.

## FIRST CAUSE OF ACTION: NEGLIGENCE AGAINST DEFENDANT

21. Plaintiff repeats, realleges, and incorporates herein all of the preceding paragraphs of this Complaint, with the same force and effect as if each were fully set forth herein.

22. Defendant, its agents, servants, and/or employees, had a duty to safely and properly operate Defendant's Vehicle, with that degree of care expected of a reasonable and prudent person similarly situated.

23. Defendant, its agents, servants, and/or employees, had a duty to operate Defendant's Vehicle with due regard for the safety and property of others.

24. Defendant, its agents, servants, and/or employees had a duty to carefully and lawfully operate Defendant's Vehicle, and to keep a proper lookout, observing all rules of the road.

25. Defendant owed the foregoing duties to the public, generally, and owed these duties, specifically, to nearby vehicles and their operators, including Mr. Barnett and his 2022 Kenworth.

26. Defendant breached the foregoing duties by carelessly operating Defendant's Vehicle, and by – inexplicably – coming to a stop in a middle lane of traffic on a busy interstate.

27. The negligence of the Defendant, as aforesaid, did directly and proximately cause the loss of the Subject Cargo, with no negligence of Plaintiff's subrogor contributing thereto.

28. In consequence of the foregoing, Plaintiff and its subrogor have been damaged in the principal amount of ONE-HUNDRED TWENTY-ONE THOUSAND DOLLARS, FOUR HUNDRED AND SIXTY-ONE DOLLARS AND NINETY-FIVE CENTS ($121,461.95), exclusive of interest, and has been further damaged by having been forced to incur herein the costs of suit, and attorney's fees.

**WHEREFORE**, Plaintiff, Lexington Insurance Company, respectfully demands relief as follows:

A. Judgment against Defendant FDM Logistics LLC on Count I in the amount of $121,461.95;

B. An award of pre-judgment and post-judgment interest against Defendant;

C. An award of Plaintiff's attorney's fees, court costs, and expenses against Defendant; and,

D. Such other and further relief as the Court finds just, equitable, or proper.

Respectfully submitted,

*/s/ Jonathon L. Beck*
Jonathon L. Beck (0076709)
YOUNG & ALEXANDER CO., L.P.A.
130 W. Second Street, Ste. 1500
Dayton, Ohio 45402
(937) 224-9291 Ext. 104 (Telephone)
(937) 224-8977 (Facsimile)
Jbeck@yandalaw.com
Attorney for Plaintiff